UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Joyce Pettye

                     Plaintiff,

v.                                                   Case No.: 1:15−cv−07669
                                                      Honorable Amy J. St. Eve

Santander Consumer USA, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 23, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court grants in part and denies in part Defendant's Rule 12(b)(6) motion to dismiss [22]. Defendant shall file an answer by 3/8/16. Parties shall file a joint proposed discovery plan by 3/10/16. Status hearing set for 4/5/16 is stricken and reset to 3/15/16 at 8:30 a.m. [For further details, see separate Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.